


EXHIBIT A

Return to IDX
West Sacramento, CA 95798-9728

Dennis Goodine

Or Visit:

March 24, 2025

**Subject: Notice of Data Security Incident**

Dear Dennis Goodine,

We are writing to inform you of a recent data security incident that may have involved your information. Lee University takes the privacy and security of all information in our possession very seriously. Please read this letter carefully as it contains information regarding the incident and steps you can take to help protect your information.

**What Happened.** In March 2024, we experienced a security incident that impacted our local systems through a third-party software vulnerability. After detecting the third-party vulnerability and containing the incident, we launched an investigation with the support of industry-leading cybersecurity experts to learn more about the scope of the potentially affected data on those systems. Our investigation revealed that some university data may have been downloaded from our systems. We then launched a comprehensive review of all potentially affected data to try to identify individuals whose information was involved and gather contact information needed to provide notice. These efforts concluded in March 2025. After we learned that some of your information was potentially involved, we arranged to provide you this notice.

**What Information Was Involved.** The potentially involved information varies by individual. Based on the investigation, we understand that the information may have included your name, Social Security number, and/or education-related information.

**What We Are Doing.** As soon as we discovered the incident, we took the steps described above. As part of our ongoing commitment to information security, we are reviewing existing policies and procedures and implementing enhanced security measures to reduce the likelihood of a similar incident occurring in the future. We are further notifying you of this event and advising you about steps you can take to help protect your information.

In addition, we are offering identity theft protection services through IDX, a data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

**What You Can Do.** You can follow the recommendations on the following page to help protect your information. We also encourage you to contact IDX with any questions and to enroll in free identity protection services by calling 1-877-719- , visiting https:// or scanning the QR image and using the Enrollment Code provided above. IDX representatives are available Monday through Friday from 9 am - 9 pm Eastern Time. Please note the deadline to enroll is June 24, 2025.