UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MICHAEL HARRIS, *individually and* )
*on behalf of others similarly situated*, )
           )
         Plaintiff, )
           )
v. )        No. 1:25-cv-107-CLC-MJD
           )
           )        LEAD CASE
LEE UNIVERSITY, )
           )
         Defendant. )

## ORDER

Before the Court is the parties' Third Stipulation to Continue Deadline to Respond to Complaint [Doc. 22 in Lead Case No. 1:25-cv-107; Doc. 21 in Case No. 1:25-cv-108; Doc. 21 in Case No. 1:25-cv-109; Doc. 22 in Case No. 1:25-cv-113; Doc. 20 in Case No. 1:25-cv-114; Doc. 24 in Case No. 1:25-cv-118; Doc. 21 in Case No. 1:25-cv-125]. The Court construes the stipulation as a joint motion seeking an extension of time to respond to the complaint. For good cause shown and because the parties agree to the requested relief, the joint motion is **GRANTED**. Defendant Lee University shall have an extension up to and including November 24, 2025, to file an answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint [Doc. 18 in Lead Case No. 1:25-cv-107].

SO ORDERED.

ENTER:                 /s/

MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE