UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL HARRIS, *et al.*, *individually and on behalf of all others similarly situated,* | )<br>)<br>) |
| *Plaintiffs*, | ) Case No.: 1:25-cv-107 |
| v. | ) |
| LEE UNIVERSITY, | ) Judge Curtis L. Collier<br>) Magistrate Judge Michael J. Dumitru |
| *Defendant*. | ) |

## **O R D E R**

Before the Court is a notice of settlement and joint request to stay all case deadlines for forty-five days. (Doc. 25.)

A scheduling order may be modified "only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The parties have reached an agreement on the material terms of a class settlement in this matter. (Doc. 25 at 1.) They represent that within forty-five days, the parties will either move for preliminary approval or submit a joint status report on settlement. (*Id.*)

The Court finds good cause to stay the case for forty-five days to allow the parties to finalize the terms of the settlement. Therefore, the Court **GRANTS** the joint motion to stay the case. (Doc. 25.) All deadlines are **STAYED** for forty-five days.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**